NUMBER 13-06-251-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

SIR MAURICE JOHNSON, Appellant,


v.



EILEEN KENNEDY, ET AL., Appellees. 

_____________________________________________________________


On Appeal from the 343rd District Court of Bee County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam


 Appellant's amended brief in the above cause was due on June 20, 2007. On
September 28, 2007, the Court notified appellant that the appeal was subject to dismissal
for want of prosecution unless, within ten days, appellant reasonably explained his failure
to file the brief and the appellees were not significantly injured by his failure to do so. The
order was sent to appellant's last known address; however, the notice was returned
unclaimed and no response has been filed. The Court has sent other correspondence to
appellant which has also been returned as undeliverable.

 Texas Rule of Appellate Procedure 9.1(b) requires unrepresented parties to sign
any document filed and "give the party's mailing address, telephone number, and fax
number, if any." See Tex. R. App. P. 9.1(b). Appellant has neither provided this Court with
a forwarding address nor taken any other action to prosecute this appeal. 

 Rule 42.3 permits an appellate court, on its own initiative after giving ten days' notice
to all parties, to dismiss the appeal for want of prosecution or for failure to comply with a
requirement of the appellate rules. See id. 42.3(b), (c). Rule 2 authorizes an appellate
court to suspend a rule's operation in a particular case to expedite a decision. See id. 2.
Given the length of inactivity in this appeal and this court's inability to give effective notice
to appellant during the period of inactivity, we suspend Rule 42.3's requirement of ten days'
notice to all parties, and dismiss the appeal on our own motion. See id. 42.3(b), (c).

 PER CURIAM

Memorandum Opinion delivered and

filed this the 17th day of January, 2008.